IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS

| | | |
|---|---|---|
| LARRY O. WHITE, | : | Case No. 2:25-cv-1202 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| ANNETTE CHAMBERS-SMITH, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 9)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 9), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's First Amendment retaliation claims and access to courts claims against Defendants Hogan, Johnson, and Edwards **SHALL PROCEED**;

2. Plaintiff's remaining claims, including official capacity claims for monetary damages against Defendants Hogan, Johnson, and Edwards and any claim against Defendant Chambers-Smith, are **DISMISSED**;

3. Defendant Chambers-Smith is **DISMISSED** as a defendant; and

4. Defendants LeCI Warden (Unknown), LeCI Deputy Warden Amber Stanley, LeCI Chaplain and Institutional Inspector Tad Palmer, LeCI Warden Administrative Assistant (Unknown), LeCI Chaplain Robert Smith, LeCI Mailroom Supervisor (Unknown), LeCI Sargeant Turner, LeCI Case Manager (Unknown), LeCI Sargeant Gibson, LeCI Correctional Officer (CO) Koontz, LeCI Lieutenant S. Michael, LeCI CO Pittman, LeCI CO Copley, LeCI 2nd Shift Rover B, LeCI CO Alexander, LeCI CO Hickman, LeCI Investigator Tabor, LeCI CO Whiteside, Ohio State Trooper Investigator (Unknown), and Attorney Mindy Worly, who are no longer named as defendants in Plaintiff's Amended Complaint (Doc. 8) are **DISMISSED** as defendants in this case.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND